UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
NATHANIEL MACK

Case No.: 19-11166-VFP  
Chapter: 7  
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

David Wolff, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
United States Bankruptcy Court  
50 Walnut Street  
3rd Floor  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on April 23, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
Real property located at 42-44 Leslie Street, Newark, New Jersey  
Value: $170,000.00

Liens on property:  
Citigroup Mortgage Loan Trust Inc.  
$502,000.00

Amount of equity claimed as exempt:  
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee  
Address: 396 Route 34, Matawan, New Jersey 07747  
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11166-VFP
Nathaniel Mack                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Mar 21, 2019
                             Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
```
db              +Nathaniel Mack,    42-44 Leslie Street,    Newark, NJ 07108-1010
517977186       +Citigroup Mortgage Loan & Trust,    390 Greenwich Street,    New York, NY 10013-2375
518008397       +City-of-Newark,    Water Dept.,    920 Broad Street,    Newark, NJ 07102-2660,    Acct: 5610
518008406        Convergent Collections/ T Mobile,    P.O. Box 9004,    Renton, WA 98057-9004,    Acct: 1114
518008405        Lord & Taylors,    424 51h Avenue,    New York, NY 10018
518008403       +Macy's Inc.,    7 west Seventh Street,    Cincinnati, OH 45202-2424,    Acct: 5980
518008395       +PSE&G,    80 Park Place,    Newark, NJ 07102-4194,    Acct:.1702
517977188       +RAS CITRON LLC,    130 Clinton Road,    Suite # 202,    Fairfield, NJ 07004-2927
518008402       +Saks Fifth Avenue,    117 W. 57th Street,    New York, NY 10019-2209,    Acct: 8848
517977187       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite # 300,
                  Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518008399       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2019 23:46:02
                  Comenity Bank/ Kingsize Direct,    P.O. Box 182789,    Columbus, OH 43218-2789,    Acct: 9372
518008400       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 23:48:15     Credit One Bank,
                  585 S. Pilot Street,    Las Vegas, NV 89119-3619,    Acct:8027
518008407       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 23:48:16     Creditone Bank,
                  585 S Pilot Street,    Las Vegas, NV 89119-3619
518008404       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 23:48:20     LVNV Funding LLc,
                  C/0 Resurgent Capital Services,    P.O. Box 1269,    Greenville, SC 29602-1269,    Acct:3009
518008398       +E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17     Merrick Bank,
                  10705 South Jordan Gateway,    Suite 200,    South Jordan, UT 84095-3977,    Acct: 1608
518008396       +E-mail/Text: bankruptcynotices@pch.com Mar 21 2019 23:45:57     Publishers Clearing House,
                  382 Channel Drive,    Port Washington, NY 11050-2219,    Acct: 1793
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518008401        Montgomery Ward,    1112 71h Avenue,    Monroe, WI53566,    Acct: 3290
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
```
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```