Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–11166–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nathaniel Mack
   42–44 Leslie Street
   Newark, NJ 07108

Social Security No.:
   xxx–xx–4342

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 9, 2019
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-11166-VFP
Nathaniel Mack                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Apr 09, 2019
                             Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
```
db           +Nathaniel Mack,    42-44 Leslie Street,    Newark, NJ 07108-1010
517977186    +Citigroup Mortgage Loan & Trust,    390 Greenwich Street,    New York, NY 10013-2375
518008397    +City-of-Newark,    Water Dept.,    920 Broad Street,    Newark, NJ 07102-2660,    Acct: 5610
518008406     Convergent Collections/ T Mobile,    P.O. Box 9004,    Renton, WA 98057-9004,    Acct: 1114
518008405     Lord & Taylors,    424 51h Avenue,    New York, NY 10018
518008395    +PSE&G,    80 Park Place,    Newark, NJ 07102-4194,    Acct:.1702
517977188    +RAS CITRON LLC,    130 Clinton Road,    Suite # 202,    Fairfield, NJ 07004-2927
518008402    +Saks Fifth Avenue,    117 W. 57th Street,    New York, NY 10019-2209,    Acct: 8848
517977187    +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite # 300,
               Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 23:42:53     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 23:42:51     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518008399    +EDI: WFNNB.COM Apr 10 2019 03:13:00      Comenity Bank/ Kingsize Direct,    P.O. Box 182789,
               Columbus, OH 43218-2789,    Acct: 9372
518008400    +EDI: RCSFNBMARIN.COM Apr 10 2019 03:13:00      Credit One Bank,    585 S. Pilot Street,
               Las Vegas, NV 89119-3619,    Acct:8027
518008407    +EDI: RCSFNBMARIN.COM Apr 10 2019 03:13:00      Creditone Bank,    585 S Pilot Street,
               Las Vegas, NV 89119-3619
518008404    +EDI: RESURGENT.COM Apr 10 2019 03:13:00      LVNV Funding LLc,    C/0 Resurgent Capital Services,
               P.O. Box 1269,    Greenville, SC 29602-1269,    Acct:3009
518008403    +EDI: TSYS2.COM Apr 10 2019 03:13:00      Macy's Inc.,    7 west Seventh Street,
               Cincinnati, OH 45202-2424,    Acct: 5980
518008398    +EDI: MERRICKBANK.COM Apr 10 2019 03:13:00      Merrick Bank,    10705 South Jordan Gateway,
               Suite 200,    South Jordan, UT 84095-3977,    Acct: 1608
518008396    +E-mail/Text: bankruptcynotices@pch.com Apr 09 2019 23:42:30     Publishers Clearing House,
               382 Channel Drive,    Port Washington, NY 11050-2219,    Acct: 1793
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518008401      Montgomery Ward,    1112 71h Avenue,    Monroe, WI53566,    Acct: 3290
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
```
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
                 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
                 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```