UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

Nathaniel Mack
42-44 Leslie Street
Newark NJ 07108
862-900-6430

U.S. BANKRUPTCY COURT
FILED
2019 APR 18 P 12:51

[Deputy Clerk signature]

In Re:
[Enter the debtor's name(s)]

Nathaniel Mack
42-44 Leslie Street
Newark NJ

Case No.: 19-11166
[Enter the case number]

Chapter: 7
[Enter the chapter; example: 13]

Hearing Date: 4/30/2019
[Enter the hearing date]

Judge: Papalia
[Enter the Judge's last name]

## NOTICE OF MOTION TO

[Enter the relief sought] Vacate Dismissal

[Enter your name] Nathaniel Mack has filed papers with the court to [Enter the relief sought] Motion To Reinstate Case

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 4/30/2019
[Enter the date of the hearing]

Hearing Time: 10 A.M.
[Enter the time of the hearing]

Hearing Location: 50 Walnut Street
[Enter the location of the hearing]
Newark NJ 07102

Courtroom Number: Rm 3B
[Enter the courtroom number]

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]* David Wolff 394 Rte 34 Matawan NJ 07747

*[Enter the name and address of all other parties who will be affected by this motion]*

Listing Attached

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 4/18/209
*[Enter the date this document is signed]*

Signature *[Of the party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Nathaniel Mack
42 Leslie Street
Newark NJ 07108

In Re:
*[Enter the debtor's name(s)]*

Nathaniel Mack
42-44 Leslie Street
Newark NJ 07108

Case No.: **19-11166**
*[Enter the case number]*

Chapter: **7**
*[Enter the chapter]*

Hearing Date: **4/30/2019**
*[Enter the hearing date]*

Judge: **Papalia**
*[Enter the judge's last name]*

**CERTIFICATION OF** Nathaniel Mack
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* **Nathaniel Mack**, *[Enter their relationship to the case. For example: debtor, creditor]* **Debtor** in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* **Motion to Reinstate** filed by me on *[Enter the date the motion was filed]* **4/18/2019**.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Due to one having been hospitalized in March 2019, I was unable to make my monthly payment accordingly.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Since being discharged, I'm now back to work and the last 2 payments which were due are now paid accordingly.

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* I actually only missed March payment but was only released from the hospital at the beginning of April there by now giving me the opportunity to complete my bankruptcy case.

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

I certify under penalty of perjury that the above is true.

Date: __4/18/2019__
*[Enter the date this document is signed]*

_____
Signature
*[Of the party with actual knowledge of the facts set forth above]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Nathaniel Mack
42-44 Leslie Street
Newark NJ 07108
862-900-6430

In Re:
*[Enter the debtor's name(s)]*

Nathaniel Mack

Case No.: 19-11164
*[Enter the case number]*

Chapter: 7
*[Enter the chapter; example: 13]*

Hearing Date: 4/30/2019
*[Enter the hearing date]*

Judge: Papalia
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 4/18/2019
*[Enter date this document is signed]*

_[signature]_
Signature *[Of party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Nathaniel Mack
42-44 Leslie Street
Newark NJ 07108
862-900-6430

In Re:
*[Enter the debtor's name(s)]*
Nathaniel Mack

Case No.: 19-11166
*[Enter the case number]*

Chapter: 7
*[Enter the chapter of the case]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, Nathaniel Mack:

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☑ am the Debtor in this case and am representing myself.

2. On *[Enter the date you served the documents]* 4/17/2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☑ Notice of Motion *[Enter title of motion]* Vacate Dismissal / Reinstate

   ☑ Certification in Support of Motion *[Enter title of motion]* Certification of Nathaniel Mack

☑ Statement as to Why No Brief is Necessary

☑ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __4/30/2019__  _____
*[Enter the date you signed this document]*    Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David A. Wolff<br>396 Rte 34<br>Matawan NJ 07747 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other  Fax (732) 566-1152<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSE&G<br>80 Park Place<br>Newark NJ 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other Fax BK Dept.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Newark<br>920 Broad Street<br>Newark NJ 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other Fax BK. Dept.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank / Kingsize Direct<br>P.O. Box 182789<br>Columbus, Ohio 43218 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Montgomery Ward<br>1112 7th Avenue<br>Monroe, WI 53566 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other Fax BK-Dept.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Saks Fifth Avenue<br>117 W 57th Street<br>New York, NY 10001 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other _Fax BK-Dept_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Macy's Inc.<br>7 West Seventh Street<br>Cincinnati, OH 45202 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other _Fax BK-Dept_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Publishers Clearing House<br>382 Channel Drive<br>Port Washington, NY 11050 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other _Fax BK-Dept._<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Merrick Bank<br>10705 South Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other _Fax BK-Dept._<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>585 S. Pilot Street<br>Las Vegas, NV 89119 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other _Fax BK-Dept_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

_rev.8/1/16_

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>C/O Resurgent Capital Servs<br>P.O. Box 1269<br>Greenville SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lord & Taylors<br>424 5th Avenue<br>New York, NY 10018 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Fax BK-Dept_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Convergent Collections<br>P.O. Box 9004<br>Renton, WA 98057-9004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Nathaniel Mack
42-44 Leslie Street
Newark NJ 07108
862-900-6430

In Re:
*[Enter the debtor's name(s)]*

Nathaniel Mack

Case No.: **19-11166**
*[Enter the case number]*

Chapter: **7**
*[Enter the case number]*

Hearing Date: **4/30/2019**
*[Enter the hearing date]*

Judge: **Papalia**
*[Enter the Judge's last name]*

**ORDER GRANTING** **Vacate Dismissal / Reinstate**
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* _____

_____, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____