Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−11166−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nathaniel Mack
   42−44 Leslie Street
   Newark, NJ 07108

Social Security No.:
   xxx−xx−4342

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/30/19 at 10:00 AM

to consider and act upon the following:

*34* − Motion to Vacate Dismissal of Case Filed by Nathaniel Mack. (jf)

Dated: 4/18/19

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court