Form ntcrics – ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−11166−VFP
    Chapter:  7
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nathaniel Mack
   42−44 Leslie Street
   Newark, NJ 07108

Social Security No.:
   xxx−xx−4342

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

    Notice is hereby given that an order vacating dismissal of this case was entered on 5/1/19. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.gov.

Dated: May 1, 2019
JAN: mcp

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nathaniel Mack  
       Debtor

Case No. 19-11166-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 01, 2019  
                      Form ID: ntcrics      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.

```
db              +Nathaniel Mack,    42-44 Leslie Street,    Newark, NJ 07108-1010
517977186       +Citigroup Mortgage Loan & Trust,    390 Greenwich Street,    New York, NY 10013-2375
518008397       +City-of-Newark,    Water Dept.,    920 Broad Street,    Newark, NJ 07102-2660,    Acct: 5610
518008406        Convergent Collections/ T Mobile,    P.O. Box 9004,    Renton, WA 98057-9004,    Acct: 1114
518008405        Lord & Taylors,    424 51h Avenue,    New York, NY 10018
518008403       +Macy's Inc.,    7 west Seventh Street,    Cincinnati, OH 45202-2424,    Acct: 5980
518008395       +PSE&G,    80 Park Place,    Newark, NJ 07102-4194,    Acct:.1702
517977188       +RAS CITRON LLC,    130 Clinton Road,    Suite # 202,    Fairfield, NJ 07004-2927
518008402       +Saks Fifth Avenue,    117 W. 57th Street,    New York, NY 10019-2209,    Acct: 8848
517977187       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite # 300,
                 Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 01:24:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518008399       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 01:24:11
                 Comenity Bank/ Kingsize Direct,    P.O. Box 182789,    Columbus, OH 43218-2789,    Acct: 9372
518008400       +E-mail/PDF: creditonebknotifications@resurgent.com May 02 2019 01:28:13     Credit One Bank,
                 585 S. Pilot Street,    Las Vegas, NV 89119-3619,    Acct:8027
518008407       +E-mail/PDF: creditonebknotifications@resurgent.com May 02 2019 01:29:03     Creditone Bank,
                 585 S Pilot Street,    Las Vegas, NV 89119-3619
518008404       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 01:28:18     LVNV Funding LLc,
                 C/0 Resurgent Capital Services,    P.O. Box 1269,    Greenville, SC 29602-1269,    Acct:3009
518008398       +E-mail/Text: bkr@cardworks.com May 02 2019 01:23:25     Merrick Bank,
                 10705 South Jordan Gateway,    Suite 200,    South Jordan, UT 84095-3977,    Acct: 1608
518008396       +E-mail/Text: bankruptcynotices@pch.com May 02 2019 01:24:07     Publishers Clearing House,
                 382 Channel Drive,    Port Washington, NY 11050-2219,    Acct: 1793
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518008401        Montgomery  Ward,    1112 71h Avenue,    Monroe, WI53566,    Acct: 3290
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

```
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```