**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nathaniel Mack** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4342 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11166–VFP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nathaniel Mack

5/3/19

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11166-VFP
Nathaniel Mack                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1         Date Rcvd: May 03, 2019
                              Form ID: 318           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
```
db          +Nathaniel Mack,    42-44 Leslie Street,    Newark, NJ 07108-1010
517977186   +Citigroup Mortgage Loan & Trust,    390 Greenwich Street,    New York, NY 10013-2375
518008397   +City-of-Newark,    Water Dept.,    920 Broad Street,    Newark, NJ 07102-2660,    Acct: 5610
518008406    Convergent Collections/ T Mobile,    P.O. Box 9004,    Renton, WA 98057-9004,    Acct: 1114
518008405    Lord & Taylors,    424 51h Avenue,    New York, NY 10018
518008395   +PSE&G,    80 Park Place,    Newark, NJ 07102-4194,    Acct:.1702
517977188   +RAS CITRON LLC,    130 Clinton Road,    Suite # 202,    Fairfield, NJ 07004-2927
518008402   +Saks Fifth Avenue,    117 W. 57th Street,    New York, NY 10019-2209,    Acct: 8848
517977187   +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite # 300,
             Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 22:52:01      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 22:51:59      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518008399   +EDI: WFNNB.COM May 04 2019 02:48:00      Comenity Bank/ Kingsize Direct,    P.O. Box 182789,
             Columbus, OH 43218-2789,    Acct: 9372
518008400   +EDI: RCSFNBMARIN.COM May 04 2019 02:48:00      Credit One Bank,    585 S. Pilot Street,
             Las Vegas, NV 89119-3619,    Acct:8027
518008407   +EDI: RCSFNBMARIN.COM May 04 2019 02:48:00      Creditone Bank,    585 S Pilot Street,
             Las Vegas, NV 89119-3619
518008404   +EDI: RESURGENT.COM May 04 2019 02:48:00      LVNV Funding LLc,    C/0 Resurgent Capital Services,
             P.O. Box 1269,    Greenville, SC 29602-1269,    Acct:3009
518008403   +EDI: TSYS2.COM May 04 2019 02:48:00      Macy's Inc.,    7 west Seventh Street,
             Cincinnati, OH 45202-2424,    Acct: 5980
518008398   +EDI: MERRICKBANK.COM May 04 2019 02:48:00      Merrick Bank,    10705 South Jordan Gateway,
             Suite 200,    South Jordan, UT 84095-3977,    Acct: 1608
518008396   +E-mail/Text: bankruptcynotices@pch.com May 03 2019 22:51:54      Publishers Clearing House,
             382 Channel Drive,    Port Washington, NY 11050-2219,    Acct: 1793
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518008401     Montgomery    Ward,    1112 71h Avenue,    Monroe, WI53566,    Acct: 3290
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:
```
          David    Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
             kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```